Dennis .H. CRONIN, U. S. Marshal for the District of Nebraska, et al., Appellants, v. Fred TOTORO, Appellee. No. 6915. SAME, Appellants, v. E. E. McVICKER, Appellee. No. 6923. SAME, Appellants, v. Charlie MITCHELL, Appellee. No. 6935. SAME, Appellants, v. Elmer E. MacNALLEY, Appellee. No. 6936. SAME, Appellants, v. Alfio ROBINO, Appellee. No. 6942. SAME, Appellants, v. John SURRA, Appellee. No. 6945. SAME, Appellants, v. Albert WESTON, Appellee. No. 6946. SAME, Appellants, v. Sam CATINA, Appellee. No. 6949. SAME, Appellants, v. Tony CANTONI, Appellee. No. 6953.

(Circuit Court of Appeals, Eighth Circuit. January 30, 1926.)

Appeal from the District Court of the United States for the District of Nebraska.

James C. Kinsler, U. S. Atty., of Omaha, Neb., Ambrose C. Epperson, Asst. U. S. Atty., of Clay Center, Neb., and George A. Keyser and Andrew C. Scott, Asst. U. S. Attys., both of Omaha, Neb., for appellants.

Raymond T. Coffey and John D. Wear, both of Omaha, Neb., for appellees in Nos. 6915, 6945, and 6946.

Raymond T. Coffey, of Omaha, Neb., for appellee in No. 6942.

Before KENYON and BOOTH, Circuit Judges, and AMIDON, District Judge.

PER CURIAM. The decision of this court in No. 6921, Dennis H. Cronin, United States Marshal for the District of Nebraska et al. v. William J. Fox, 11 F.(2d) 139 (opinion this day filed) is determinative of the questions involved in each of these cases. The order in each case sustaining the application for writ of habeas corpus and discharging the prisoner from custody and imprisonment is reversed, and each cause is remanded to the District Court, with instructions to vacate the order in each case sustain-

ing the writ, discharge the same, and remand the prisoner to the custody of the appellants or their successors in office.

Reversed and remanded. ·

---

Dennis H. CRONIN, U. S. Marshal for the District of Nebraska, et al., Appellants, v. Florence GODLY, Appellee. No. 6996. SAME, Appellants, v. James DOLEZAL, Appellee. No. 6998. SAME, Appellants, v. John FENEZIA, Appellee. No. 7000. SAME, Appellants, v. Gus A. FAGERBERG, Appellee. No. 7001. SAME, Appellants, v. Charles MARINO, Appellee. No. 7002. SAME, Appellants, v. Mary PIERCE, Appellee. No. 7030.

(Circuit Court of Appeals, Eighth Circuit. January 30, 1926.)

Appeal from the District Court of the United States for the District of Nebraska.

Before KENYON and BOOTH, Circuit Judges, and AMIDON, District Judge.

PER CURIAM. Each of these cases involves substantially the same question determined in No. 6921, Dennis H. Cronin, United States Marshal for the District of Nebraska, et al., v. William J. Fox, 11 F.(2d) 139 (opinion this day filed). They were submitted to this court on appeal under a stipulation to abide the decision in No. 6921. The judgment and order in each of these cases sustaining the application for writ of habeas corpus and discharging the prisoner from custody and imprisonment is reversed, and the cases are remanded to the District Court for such further proceedings as suggested in th opinion in No. 6921, Cronin et al. v. William J. Fox, 11 F.(2d) 139.

Reversed and remanded.